**Order entered October 3, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00609-CV

**E.I. DU PONT DE NEMOURS AND COMPANY, Appellant**

**V.**

**VIRGIL HOOD AND LORRIE HOOD, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03619**

## ORDER

We **GRANT** the parties' September 28, 2016 joint unopposed motion to extend times for filing of briefs and to adopt modified briefing schedule. We **ORDER** appellant's brief and cross-appellants' brief due November 15, 2016; appellees' brief and cross-appellee's brief due December 15, 2016; and appellant's reply brief and cross-appellants' reply brief due January 17, 2017.

/s/    CRAIG T. STODDART
        JUSTICE